IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **ALPHA OUSMANE BAH,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL T. ROSE,** Field Office | : | No. 25-cv-6992 |
| **Director of Enforcement and Removal** | : | |
| **Operations, Philadelphia Field Office,** | : | |
| **Immigration and Customs Enforcement;** | : | |
| **KRISTI NOEM,** Secretary, U.S. Department | : | |
| of Homeland Security; **PAMELA BONDI,** | : | |
| U.S. Attorney General; **JAMAL LAWRENCE,** | : | |
| Warden of Philadelphia Federal | : | |
| Detention Center, | : | |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this **15th** day of **December 2025**, upon review of Petitioner Alpha Ousmane Bah's Petition for a Writ of Habeas Corpus (ECF No. 1), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, on or before **December 16, 2025, at 12:00 p.m. (noon)**.

2. Respondents shall **NOT TRANSFER** Petitioner without further order of the Court.

3. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191), the Court understands that the Petitioner here is entitled to be treated

1

as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **December 17, 2025, at 5:00 p.m.**

4. If Respondents do not file a letter response raising meritorious issues on or before **December 17, 2025, at 5:00 p.m.**, the Court shall enter an Order affording a bond hearing to Petitioner, and that Order will require the bond hearing to occur on or before **December 22, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**