IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALPHA OUSMANE BAH,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL T. ROSE**, Field Office | : | No. 25-cv-6992 |
| Director of Enforcement and Removal | : | |
| Operations, Philadelphia Field Office, | : | |
| Immigration and Customs Enforcement; | : | |
| **KRISTI NOEM**, Secretary, U.S. Department | : | |
| of Homeland Security; **PAMELA BONDI**, | : | |
| U.S. Attorney General; **JAMAL LAWRENCE**, | : | |
| Warden of Philadelphia Federal | : | |
| Detention Center, | : | |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this **18th** day of **December 2025**, upon review of Petitioner Alpha Ousmane Bah's Petition for a Writ of Habeas Corpus (ECF No. 1), the Court's December 15, 2025 Order (ECF No. 2**)**, and the docket, it is hereby **ORDERED** as follows:

1. Petitioner shall submit proof of service or a filing regarding the status of service of the Petition on or before **December 19, 2025, at 12:00 p.m. (noon)**. There being no response from Respondents to the Petition and no proof of service on the docket, notwithstanding the Court's December 15, 2025 Order, ECF No. 2 at 1, the Court assumes the Petition has not been served.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1