# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **ALPHA OUSMANE BAH,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL T. ROSE, Field Office** | : | **No. 25-cv-6992** |
| **Director of Enforcement and Removal** | : | |
| **Operations, Philadelphia Field Office,** | : | |
| **Immigration and Customs Enforcement;** | : | |
| **KRISTI NOEM, Secretary, U.S. Department** | : | |
| **of Homeland Security; PAMELA BONDI,** | : | |
| **U.S. Attorney General; JAMAL LAWRENCE,** | : | |
| **Warden of Philadelphia Federal** | : | |
| **Detention Center,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **18th** day of **December 2025**, upon review of Petitioner Alpha Ousmane Bah's Proof of Service and Accompanying Affidavit (ECF No. 4), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner shall submit a supplemental proof of service when service of the Petition and the Court's December 15, 2025 Order is completed and these materials are received by Respondents.

2. Per the December 15, 2025 Order, the Court's expectation was that service would be made by the most expeditious means possible. Thus, following the completion of service, the Court will issue an Order setting forth revised deadlines in this case.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**