IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ALPHA OUSMANE BAH,** | : | CIVIL ACTION |
| *Petitioner,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **MICHAEL T. ROSE,** Field Office | : | No. 25-cv-6992 |
| Director of Enforcement and Removal | : |  |
| Operations, Philadelphia Field Office, | : |  |
| Immigration and Customs Enforcement; | : |  |
| **KRISTI NOEM,** Secretary, U.S. Department | : |  |
| of Homeland Security; **PAMELA BONDI,** | : |  |
| U.S. Attorney General; **JAMAL LAWRENCE,** | : |  |
| Warden of Philadelphia Federal | : |  |
| Detention Center, | : |  |
| *Respondents.* | : |  |

# ORDER

**AND NOW**, this **30th** day of **December 2025**, upon review of Petitioner Alpha Ousmane Bah's Petition for Writ of Habeas Corpus (ECF No. 1), the Court's December 18, 2025 Order (ECF No. 5), Petitioner's Counsel's December 29, 2025 Affidavit of Service (ECF No. 6), and the docket, it is hereby **ORDERED** as follows:

1. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Respondents on or before **January 5, 2026**, at 12:00 p.m.

2. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

3. In light of Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191), the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **January 6, 2026, at 4:00 p.m.**

4. If Respondents do not file a letter response raising meritorious issues on or before **January 6, 2026, at 4:00 p.m.**, the Court shall enter an Order affording a bond hearing to Petitioner, and that Order will require the bond hearing to occur on or before **January 8, 2026**.

5. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**