IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALPHA OUSMANE BAH,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| v. | : | |
| **MICHAEL T. ROSE,** Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; **KRISTI NOEM,** Secretary, U.S. Department of Homeland Security; **PAMELA BONDI,** U.S. Attorney General; **JAMAL LAWRENCE,** Warden of Philadelphia Federal Detention Center, | : | No. 25-cv-6992 |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this **6th** day of **January 2026**, upon review of Petitioner Alpha Ousmane Bah's Petition for Writ of Habeas Corpus (ECF No. 1), the Court's December 18, 2025 Order (ECF No. 5), Petitioner's December 29, 2025 Affidavit of Service (ECF No. 6), the Court's December 30, 2025 Order (ECF No. 7), and Respondents' January 5, 2026 Letter (ECF No. 9), it is hereby **ORDERED** that the Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this Court's and District's prior cases, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191), which Respondents concede are not materially distinguishable, *see* ECF No. 9 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to

the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **January 8, 2026**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained. In light of the representations made in Respondents' Letter, the bond hearing may proceed virtually in the manner outlined by the Letter. *See* ECF No. 9 at 1–2

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **January 8, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

4. The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **January 15, 2026, at 5:00 p.m.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

        **BY THE COURT:**

        /s/ Chad F. Kenney

        **CHAD F. KENNEY, JUDGE**